UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20781-BLOOM/Louis

MERCEDES SUROS,

    Plaintiff,

v.

VERTILUX LIMITED, VERTILUX
MANAGEMENT, INC., JOSE GARCIA,
and BERNARDO MENDEZ,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Motion for Approval of Attached Settlement Agreement, ECF No. [46] ("Motion"), filed on September 1, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [46]**, is **GRANTED**.

2. The Settlement Agreement and General Release, ECF No. [46] at 4-12 ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

Case No. 20-cv-20781-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 1, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record